## HAMPTON v. STATE.

### No. 22172.

Court of Criminal Appeals of Texas.
June 10, 1942.

Reid & Reid, of Abilene, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of possessing for the purpose of sale whisky in a dry area, and the waiver of a trial by jury, the court assessed his penalty at a fine of $200.

The record before us contains neither a statement of facts nor bills of exceptions. The complaint and information seem to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.